UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| UNITED STATES,<br><br>-against-<br><br>YI LIU,<br><br>Defendant. | 23-CR-462 (AS)<br><br>ORDER |

ARUN SUBRAMANIAN, United States District Judge:

On or about September 5, 2023, the Government filed an information charging Yi Liu with conspiracy to commit bank fraud in connection with his participation in a check kiting scheme. The government also filed informations charging Hermes Hou, Chaobin Zheng, and Kejin Zhand with the same offenses based on their participation in the same scheme.

No later than **December 6, 2023**, the government should file a letter indicating the reason this case was charged in a way that resulted in each defendant's case proceeding before a different judge. The government should also include in its sentencing submission any information on the sentences proposed and imposed in the related cases and the reasons for any different proposal in this case.

SO ORDERED.

Dated: November 20, 2023
       New York, New York

_____
ARUN SUBRAMANIAN
United States District Judge