**MICHAEL A. SHEINBERG**
ATTORNEY AT LAW

50 COURT STREET
SUITE 702
BROOKLYN, N.Y. 11201

TEL. (718) 852-0079
FAX (718) 852-6086
EMAIL: MSHEIN1098@AOL.COM

> The application is GRANTED. The sentencing will now take place on Monday, March 18, 2024 at 3:00 PM.
>
> The Clerk of Court is directed to terminate the motion at ECF No. 67.
>
> SO ORDERED.
>
> Arun Subramanian, U.S.D.J.
> Date: January 17, 2024

January 16, 2024

The Honorable Arun Subramanian

United States District Court Judge

Southern District of New York

500 Pearl Street   Courtroom 15A

New York, N.Y. 10007

Re: United States v. Yi Liu   1:23 CR 462-01 (AS)

Dear Judge Subramanian,

   I am asking the court to adjourn the sentencing of Yi Liu scheduled for February 7 at 2:00pm. We are seeking additional time in order to complete our sentencing memorandum and reports. Secondly Mr. Liu's wife just gave birth and Mr. Liu is needed to help out with the newborn for the first couple of months. This is our second request for an adjournment of sentencing. I have contacted the Assistant United States Attorney assigned to this case Jaclyn Delligatti and Probation officer Johnny Y. Kim who do not object to the adjournment. The Government asked that the sentencing be adjourned for no longer than 45 days.

   If this motion is granted I would ask for a date the week of March 18, 2024 or a date convenient to the court, Thank you in advance for your consideration.

Very truly yours,

Michael A. Sheinberg