UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                    Plaintiff,<br><br>    -against-<br><br>YI LIU,<br><br>                    Defendant. | 23-cr-462 (AS)<br><br>ORDER |

ARUN SUBRAMANIAN, United States District Judge:

      For the reasons stated on the record at the March 18, 2024 hearing, sentencing is adjourned until April 15, 2024 at 4:00 PM. No later than **April 12, 2024**, the parties may submit supplemental letters updating the Court on any progress that has been made since the hearing, including whether Probation has received all requested materials and whether Mr. Liu has made any different election concerning the payment of restitution.

      SO ORDERED.

Dated: March 19, 2024
       New York, New York

                                                  ARUN SUBRAMANIAN
                                                  United States District Judge